UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON ALTHEIDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA ex rel. Department of Corrections, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01526-CDS-EJY<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Sixth Amended Complaint. ECF No. 36. On April 24, 2025, the Court entered a Screening Order allowing certain claims in Plaintiff's Fifth Amended Complaint to proceed. ECF No. 28. That Order did not grant Plaintiff permission to file a Sixth Amended Complaint. *Id*.

　　　　In order to seek permission to file his Sixth Amended Complaint, Plaintiff must file a Motion under Federal Rule of Civil Procedure 15(a)(2). Such motion, if filed, should be titled "Motion for Leave to Amend Complaint." Plaintiff may want to address whether the sixth amendment to his Complaint (1) is offered in bad faith, (2) is unduly delayed, (3) will result in prejudice to the opposing party, (4) is futile, and (5) whether Plaintiff has previously amended his complaint. *Allen v. City of Beverly Hills*, 911 F.2d 367, 373 (9th Cir. 1990). Plaintiff must attach the proposed Sixth Amended Complaint to his Motion.[1] As currently filed, Plaintiff's Sixth Amended Complaint is a fugitive document and is stricken from the record without prejudice.

　　　　Also pending before the Court is Plaintiff's Motion to Disqualify the Office of Attorney General. ECF No. 36. "A motion to disqualify [opposing] counsel is not an arrow normally in the quiver of a litigant. A motion for disqualification of counsel is a drastic measure which courts should hesitate to impose except when of absolute necessity." *In re Murray*, Case No. 11-10535, 2013 WL 4272280, at \*1 (U.S. Bk. Court, N.D. Cal. 2013) *quoting Schiessle v. Stephens*, 717 F.2d 417 (7th

---

[1] To the extent Plaintiff includes a discussion of his Sixth Amended Complaint within his Motion seeking to disqualify the Office of the Attorney General, this discussion is in violation of Local Rule IC 2-2(b).

1  Cir. 1983).  The Office of the Attorney General has not appeared in this case.  Plaintiff's salacious
2  and unsupported allegations notwithstanding, the Court finds there is nothing that supports or
3  warrants disqualification at this time.
4      Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Disqualify the Office of
5  the Attorney General (ECF No. 35) is DENIED.
6      IT IS FURTHER ORDERED that Plaintiff's Sixth Amended Complaint (ECF No. 36) is a
7  fugitive document and is therefore stricken from the record without prejudice.
8      IT IS FURTHER ORDERED that Plaintiff may, if he so chooses, file a Motion for Leave to
9  File a Sixth Amended Complaint.  That motion, if filed, must attach Plaintiff's proposed Sixth
10  Amended Complaint.
11      Dated this 14th day of August, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE