UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ALTHEIDE,<br><br>             Plaintiff,<br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>             Defendants. | Case No. 2:24-cv-01526-CDS-EJY<br><br>**ORDER** |

On September 29, 2025, the Office of the Attorney General ("OAG") filed a notice accepting service on behalf of James Dzurenda, Brian Williams, Dennis Homan, Curtis Rigney, Patricia Hernandez, Tasheena Cooke, William Gittere, Charles Daniels, Steve Prentice, Alan Lima, and Richard Wesling. ECF No. 55. The OAG did not accept service on behalf of Patrick Moreda, Siera, and Anakur. *Id.* at 2. Service as to Siera and Anakur were not accepted as these individuals have not been identified. *Id.* The last known address for Mr. Moreda was filed under seal. ECF No. 56.

Accordingly, IT IS HEREBY ORDERED that no later than **October 29, 2025,** Plaintiff must submit to the Court as much information as he has available regarding Defendants Siera and Anakur. Information may include first names or first initials, badge numbers, job titles, and physical descriptions. Any information that may help identify these defendants should be provided so that they may be located for service of Plaintiff's Fifth Amended Complaint.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a summons for Patrick Moreda and deliver the same to the U.S. Marshal's Office for service together with one copy of (1) this Order, (2) Plaintiff's Fifth Amended Complaint (ECF No. 23), (3) the Court's Screening Order (ECF No. 28), and (4) the address for Patrick Moreda filed under seal (ECF No. 56).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order. Plaintiff **must** complete the USM-285 form for Patrick Moreda to the best of his ability and return the same to the U.S. Marshal by mail no later than **October 29, 2025**. The completed USM-285 form may be mailed to:

1  Gary G. Schofield
2  U.S. Marshal, District of Nevada
   Lloyd D. George Federal Courthouse
3  333 Las Vegas Blvd. S., Suite 2058
   Las Vegas, Nevada 89101

4      IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, Plaintiff's Fifth Amended Complaint (ECF No. 23), the Court's Screening Order (ECF No. 28), and the Summons on Patrick Moreda no later than **twenty-one (21) days** after receipt of the completed USM-285 form.

      IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Patrick Moreda, Siera, and Anakur may be subject to dismissal for failure to complete service of process as required under Fed. R. Civ. P. 4(m).

      DATED this 6th day of October, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE