UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON ALTHEIDE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-01526-CDS-EJY<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion to Compel. ECF No. 95. Plaintiff's Motion is inadequate for the result it seeks. Plaintiff apparently wrote to Defendants seeking production of documents. Plaintiff does not state when he sent his correspondence and, thus, there is no basis to consider compelling a response as Defendants have 33 days to respond to a written and mailed request for production of documents. ECF Nos. 6, 34, 73. Further, Plaintiff evidences no effort to meet and confer, which he must do before the Court will consider a discovery motion. Local Rule 26-6(c) states "Discovery motions will not be considered unless the movant (1) has made a good-faith effort to meet and confer as defined in LR IA 1-3(f) before filing the motion, and (2) includes a declaration setting forth the details and results of the meet-and-confer conference about each disputed discovery request." LR IA 1-3(f) states, in pertinent part: "Whenever used in these rules, to "meet and confer" means to communicate directly and discuss in good faith the issues required under the particular rule or court order."

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel (ECF No. 95) is DENIED without prejudice.

　　　　DATED this 6th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1